# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| VAN HALL, | : | No. 122 EM 2016 |
| Petitioner | : | |
| v. | : | |
| MARK GARMEN, SUPERINTENDENT AT SCI- ROCKVIEW, THE COMMON PLEAS COURT OF PHILADELPHIA PENNSYLVANIA, AND DISTRICT ATTORNEY'S OFFICE OF PHILADELPHIA COUNTY, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.